UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Sophea Chin, | Case No. 16-cv-3362 (WMW/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

---

This matter is before the Court on the August 1, 2017 Report and Recommendation of United States Magistrate Judge Steven E. Rau. (Dkt. 18.) No objections to the Report and Recommendation were filed. In the absence of timely objections, the Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error and adopts the Report and Recommendation.

**ORDER**

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The August 1, 2017 Report and Recommendation, (Dkt. 18), is **ADOPTED**.

2. Plaintiff Sophea Chin's motion for summary judgment, (Dkt. 10), is **DENIED**.

3. Defendant Nancy A. Berryhill's motion for summary judgment, (Dkt. 15), is **GRANTED**.

4. Plaintiff's complaint, (Dkt. 1), is **DISMISSED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 1, 2017
                                                   s/Wilhelmina M. Wright
                                                   Wilhelmina M. Wright
                                                   United States District Judge